# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:

    Phillip J. Fairnot

              Case No. 18-42531-TJT
              Chapter 13
              Hon. Thomas J. Tucker

    Debtor.
_____/

## MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO E.D. Mich. LBR 4001-4

    NOW COMES Phillip J. Fairnot , Debtor herein, by and through his attorney, Charles J. Schneider, P.C. and moves this Court to extend the automatic stay in the above case as follows:

    1.    The Debtor commenced the within Bankruptcy case on 2/27/2018. Prior to the commencement of this case the Debtor had a pending Chapter 13 case filed in the Eastern District of Michigan on 07/29/2016, Case No 16-50730. The pendency of the prior case was within one (1) year but was dismissed.

    2.    That pursuant to 11 U.S.C. §362(c)(3)(B), the automatic stay will terminate with respect to the Debtor within 30 days from the date of filing.

    3.    That 11 U.S.C. §362(c)(3)(A), 11 U.S.C. §362(c)(3)(B) and E.D. Mich. LBR 4001-4 require the Debtor to move this Court to extend the protection of the automatic stay within seven (7) days from the date of the filing of petition.

    4.    The Debtor request that the automatic stay be extended until such time as the case is dismissed or a discharge is granted.

    5.    The Debtor states that the last case was dismissed due to the debtors inability to modify his mortgage to a sustainable payment level, resulting in the pre-confirmation dismissal.

    6.    The Debtor states that there has been a significant change in circumstances such that the

Debtor would be able to complete a confirmed Chapter 13 plan. The change in circumstances are that the debtor is now seeking to liquidate and sell his interest in his residential real property and will allow him to make a Chapter 13 plan payment.

7. The Debtor has not had any bankruptcy case(s) pending within one (1) year prior to filing this case.

Wherefore, Debtor request that the automatic stay under §362(c)(3)(B) be extended until such time as the case is dismissed or a discharge is granted.

/s/ Charles J. Schneider
CHARLES J. SCHNEIDER (P27598)
LISA M. NEDZLEK (P71407)
NICHOLAS D. CHAMBERS (P72084)
Attorneys For Debtor(s)
39319 Plymouth Rd., Ste. 1
Livonia, MI 48150
(734) 591-4890
notices@cschneiderlaw.com

Dated: March 7, 2018

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:

    Phillip J. Fairnot

                              Case No. 18-42531-TJT
                              Chapter 13
                              Hon. Thomas J. Tucker

          Debtor.
_____/

## ORDER GRANTING EXTENSION OF AUTOMATIC STAY PURSUANT TO E.D. Mich. LBR 4001-4

    This matter having come on to be heard upon the Debtors Motion to Extend Automatic Stay pursuant to E.D. Mich. LBR 4001-4, a hearing having been held on _____, due notice having been thus given, and the Court being fully advised in the premises:

    NOW THEREFORE IT IS HEREBY ORDERED that the automatic stay under 362(c)(3)(B) is extended until such time as the case is dismissed or a discharge is granted.

                                              EXHIBIT 1

IN RE:

    Phillip J. Fairnot

                                                Case No. 18-42531-TJT
                                                Chapter 13
                                                Hon. Thomas J. Tucker

                Debtor(s).
_____/

## PROOF OF SERVICE

     Kelly A. Murphy, certifies that she is employed by the Law Office of Charles J. Schneider, attorney for Debtor(s), and says that on March 7, 2018, she served a copy of MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO E.D. Mich. LBR 4001-4, to:

Phillip J. Fairnot
5860 Glen Eagles Drive
West Bloomfield, MI 48323

Tammy L. Terry (P46254)
Chapter 13 Trustee
Buhl Building 535 Griswold, Ste. 2100
Detroit MI 48226

All parties indicated on the attached dated court matrix

Electronically pursuant to the court notice of service and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the U.S. Mail with postage prepaid.

                                                                         /s/ Kelly A Murphy
                                                                          Kelly A Murphy
                                                                          LAW OFFICE OF CHARLES J. SCHNEIDER, P.C.
                                                                          39319 Plymouth Road, Ste. 1
                                                                          Livonia, MI 48150
                                                                          (734) 591-4890
                                                                          notices@cschneiderlaw.com